RECEIVED

OCT 2 0 2023

TONY R MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY _____

STEPHEN P. PREZIOSI
Pro se
6201 INDUSTRIAL LOOP 840
SHREVEPORT LA,71129
318-918-0928
stephenpreziosi0@gmail.com

The Clerk of the Court
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION
300 FANNIN ST.
SHREVEPORT, LA71101

Re: Case no. 5:23-CV-01097

| | |
|---|---|
| STEPHEN P. PREZIOSI | CASE NO. 5:23-CV-01097 |
| Plaintiff | JUDGE S. MAURICE HICKS. JR, |
| Vs. | MAGISTRATE JUDGE HORNSBY |
| LA. DEPT. OF CHILDREN & FAMILY SERVICES et. al. | |
| TERRI P. RICKS Secretary | |
| GARY E. FRANKLIN Atty. | |
| CHRISTIAN MERRITT Case worker | |
| BRIDGET DEPLAND - GRANT | |
| Custodian of records | |
| Defendants | |

# AMENDED COMPLAINT
## DEMAND FOR JURY TRIAL, ADDITION OF DEFENDANT, CHANGE OF CAPACITY FOR ALL DEFENDANTS TO THEIR OFFICIAL AND INDIVIDUAL CAPACITIES, REQUEST FOR PUNITIVE and COMPENSATORY DAMAGES

**I.**               **INTRODUCTION**

1. Plaintiff, **STEPHEN P. PREZIOSI**, files this amended complaint prior to service to seek a jury trial, add a new defendant, **BRIDGET DEPLAND-GRANT** and change the capacity of all the defendants to their official and individual capacities. Plaintiff further request punitive and compensatory damages.

**II.**               **PARTIES**

**A. Plaintiff**

2. STEPHEN P. PREZIOSI, the Complainant resides at **6201 INDUSTRIAL LOOP 840 SHREVEPORT, LA 71129**
318-918-0928 email: stephenpreziosi0@gmail.com

**B. Defendant(s)**

3. **LOUISIANA DEPARTMENT OF CHILDREN & FAMILY SERVICES,** is a single and separate non government agency operating within the jurisdiction of **LOUISIANA** located at **627 N. 4TH. ST. BATON ROUGE, LA 70802**

4. TERRI P. RICKS, SECRETARY  627 N. 4TH. ST. BATON ROUGE, LA 70802
( In their Official and Individual Capacities)

5. GARY E. FRANKLIN, ATTY.  627 N. 4TH. ST. BATON ROUGE, LA 70802
( In their Official and Individual Capacities)

6 CHRISTIAN MERRITT,  CASE WORKER  627N. 4TH. ST. BATON ROUGE,LA 70802 ( In their Official and Individual Capacities)

7. BRIDGET DEPLAND-GRANT, CUSTODIAN OF RECORDS 627 N. 4TH. ST. BATON ROUGE, LA 70802 ( In their Official and Individual Capacities)

### III.              JURY TRIAL DEMAND

8. Plaintiff, **STEPHEN P. PREZIOSI,** pursuant to Rule 38 of the Federal Rules of Civil Procedure, demands a trial by jury on all issues triable by a jury in this action.

### IV.              PRAYER FOR RELIEF

9. WHEREFORE, the complainant, STEPHEN P. PREZIOSI, respectfully request that this honorable court grant the following relief as an amendment in addition to relief respectfully requested in original complaint:

a) request to include BRIDGET DEPLAND-GRANT as a new defendant

b) request to change the capacity of all defendant(s) to their perspective official and individual capacities

c) request that punitive and compensatory damages for injuries, harm, and damages in addition to the relief as requested in the original complaint and that the specific amount of these damages shall be determined at trial.

### V.              CONCLUSION

10. Plaintiff respectfully request that this amended complaint prior to service to add a new defendant, request for change capacity of all defendant's, request for jury trial, and request punitive and compensatory damages be accepted by this Honorable Court.

Respectfully submitted,

**STEPHEN P. PREZIOSI**

**DATE 10/20/2023**

## PLAINTIFFS VERIFICATION

WHEREAS, I STEPHEN P. PREZIOSI Verified on oath on this OCTOBER 19,2023 that all the contents paragraphs are correct to the best of my knowledge and that the remaining legal contents are true to the best of my information and belief.

RESPECTFULLY SUBMITTED
STEPHEN P. PREZIOSI
Pro se
6201 INDUSTRIAL LOOP 840
SHREVEPORT, LA 71129
Phone: 318-918-0928
Email:stephenpreziosi0@gmail.com

DATE:
OCTOBER 20, 20233