

RECEIVED (new suit)

DEC 1 8 2023

TONY R MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
BY  SHREVEPORT LOUISIANA

STEPHEN P. PREZIOSI

6201 INDUSTRIAL LOOP 840

SHREVEPORT, LA 71129

stephenpreziosi0@gmail.com

318-918-0928

DECEMBER 19, 2023

CLERK OF COURT

TONY MOORE

U.S. DISTRICT COURT

WESTERN LOUISIANA

SHREVEPORT DIVISION

300 FANNIN ST.

SHREVEPORT, LA 71101

Subject: Formal Complaint Against Defense Counsel

Asst. Atty. Gen. of Louisiana

ELIZABETH GROZINGER

Dear Clerk of Court,

I am writing to formally lodge a complaint against Defense Counsel ELIZABETH GROZINGER,

and Assistant Attorney General representing the LA DCFS in the case of **5:23-CV-01097** in the

U.S. District Court of Western Louisiana, Shreveport Division.

## 1.

### Failure to Honor Agreements:

Despite an agreed-upon 30-day extension to respond to the civil complaint, there has been no communication or response within the specified timeframe.

## 2.

### Disregard for Court Deadlines:

The defendant failed to meet the court's deadline to answer the complaint, demonstrating a lack of adherence to procedural requirements.

## 3.

### Omission of Key Developments:

Crucial developments, such as one of the defendants BRIDGET DEPLAND-GRANT quitting their job, after notification of an amended complaint, it was not communicated, raising concerns about transparency and fairness.

## 4.

### Improper Acceptance of process

Papers were accepted October 25, 2023, by return receipt from an employee ANDREA CRAIN and returned unopened December 1, 2023, in addition service of process was accepted on her behalf by SHAWANDA HOLMES on November 7, 2023, service of process with no notification of separation of employment.

## 5.

### Knowledge of Ongoing Harassment:

Copies of ongoing harassment directed at me from one of your clients were received, demanding immediate attention and resolution on August 26, 2023, and October 30, 2023.

## 6.

**Discovery Attempts, Non-Responsive Behavior, and Rule 26:**

Multiple attempts at discovery before the initiation of the suit, including a FOIA request on August 22, 2022 were met with delayed responses and ongoing harassment. Rule 26 of the Federal Rules of Civil Procedure mandates the provision of relevant information, yet the opposing party has not complied, impeding the discovery process. Denial of existence of requested items.

### 7.

**Dual Capacity Lawsuit:**

**Bridget Depland-Grant** is being sued in both her official and individual capacity, as explicitly stated in the amended complaint filed on November 7, 2023.

### 8.

**Failure to Acknowledge Events and Concerns of Conflict of Interest:**

The defense counsel has failed to acknowledge critical events, such as ongoing harassment and the departure of a defendant. This lack of acknowledgment raises concerns about transparency and communication.

The failure to inform me of the status of service of process, coupled with a statement that no one has an obligation to provide such information, raises concerns about a potential conflict of interest and adherence to ethical obligations.

I implore the court to investigate these matters promptly to ensure a fair and just proceeding. Enclosed, please find relevant documents supporting my claims.

Thank you for your prompt attention to this matter.

Sincerely,

STEPHEN P. PREZIOSI

# LOUISIANA FOIA REQUEST

STEPHEN PREZIOSI
6201 INDUSTRIAL LOOP 840
SHREVEPORT, LA 71129

DATE: AUGUST 22, 2022

DEPARTMENT OF CHILDREN AND FAMILY SERVICES
CUSTODIAN OF RECORDS
BRIDGET DEPLAND-GRANT
P. O. BOX 1887
BATON ROUGE, LA
70821

DEAR CUSTODIAN OF RECORDS,

UNDER THE LOUISIANA PUBLIC RECORDS ACT 44:1 ET SEQ., I AM
REQUESTING AN OPPORTUNITY TO INSPECT OR OBTAIN COPIES
OF PUBLIC RECORDS THAT ALL INFORMATION PERTAINING TO
CASE # 140596102 ASSOCIATED WITH CHILD SUPPORT,  A COPY OF
ALL THE CONTENTS OF CASE FILE REGARDING CASE #140596102

1. COPY OF SERVICE PROCESS.
2. COPY OF CONTRACT UNIT SERVICE.
3. COPY OF PERSONAL RESPONSIBILITY CONTRACT.
4. COPY OF ENROLLMENT APPLICATION.
5. COPY OF ACKNOWLEDGEMENT OF PATERNITY.
6. COPY OF EXPRESS AGREEMENT "CONTRACT AND TERMS"

7. COPY OF COOPERATIVE AGREEMENT.
8. COPY OF PUBLIC FEDERAL REGISTRY ( ANNUAL).
9. COPY OF DECLARATION OF SUCCESSION TO NONCUSTODIAL PARENT.
10. COPY OF UNIFORM INTERSTATE FAMILY SUPPORT ACT AND ALL DOCUMENTATION RELATING TO CASE #140596102.
11. COPY OF UNIFORM CHILD CUSTODY JURISDICTION ACT AND ALL DOCUMENTATION RELATING TO CASE # 140596102.
12. COPY OF DOCUMENTATION OF IV D AGENCY 100% COMPLIANCE OF FEDERAL REGULATION REQUIREMENTS FOR THE ENTIRETY OF CASE #104596102.
13. COPY OF INTERSTATE COMPACT.
14. COPY OF NOTICE OF RELOCATION OF THE CHILD BY MOTHER APPROVED BY COURT AND SIGNED CONSENT OF FATHER AS ORDERED IN FINAL DIVORCE DECREE/ORDER.
15. COPY OF THE IV D AGENCY APPLICATION FOR WELFARE SERVICES.
16. COPY OF THE ORDER TO CHANGE FINAL DIVORCE DECREE/ORDER OF RESPONSIBILITY TO PROVIDE MEDICAL INSURANCE.
17. COPY OF THE LIST OF ADDRESSES OF THE MOTHER AND CHILD FOR THE LAST 18 YEARS UNTIL MONTHLY PAYMENTS EXPIRED.
18. COPY OF ALL IV D COURT ORDERS.
19. COPY OF ALL PARTIES PRESENT AT EVERY COURT APPEARANCE:   NAMES OF MAGISTRATE/JUDGE, DISTRICT ATTORNEY, DEFENSE ATTORNEY,MOTHER, FATHER, IV D AGENCY CASE WORKER.
20. IV D AGENCY REQUIREMENTS, POLICIES AND PROCEDURES FOR COOPERATIVE ARRANGEMENTS AND SET OF RECORDS THAT DESCRIBE IN DETAIL STEP BY STEP ACTIONS TO BE TAKEN BY CSE PERSONNEL. 45 CFR 303.107
21. MEMBERSHIP APPLICATION   MEMBER # 890235.
22. ENROLLMENT APPLICATION IN THE PROJECT.
23. ALL INFORMATION PERTAINING TO THE PROJECT.

24.   A FULL DESCRIPTION OF THE PROJECT.
25.   A FULL DESCRIPTION OF THE IV D PROGRAM.
26.   ALL INFORMATION PERTAINING TO THE TERMS OF THE PERSONAL RESPONSIBILITY CONTRACT.
27.   A FULL DESCRIPTION OF THE UNIFORM INTERSTATE FAMILY SUPPORT ACT.
28.   COPY OF DOCUMENTATION OF ENROLLMENT AND COMPLETE 100% COMPLIANCE WITH ALL REQUIREMENTS WITH BOTH AGENCIES.
29.   A FULL DESCRIPTION OF THE UNIFORM CHILD CUSTODY JURISDICTION ACT.
30.   COPY OF DOCUMENTATION OF ENROLLMENT AND COMPLETE 100% COMPLIANCE WITH ALL REQUIREMENTS WITH BOTH AGENCIES.
31.   COPY OF DOCUMENTATION OF SUPPORT, CUSTODY, AND VISITATION CSE PERSONNEL ARE REQUIRED TO FOLLOW.
32.   45 USC 303.107 REQUIREMENTS
(A)   CLEAR DESCRIPTION OF SPECIFIC DUTIES, FUNCTIONS, AND RESPONSIBILITIES OF EACH PARTIES.
(B)   SPECIFY CLEAR AND DEFINITE STANDARDS OF PERFORMANCE WHICH MEET FEDERAL REQUIREMENTS
(C)   SPECIFY THE PARTIES WILL COMPLY WITH TITLE IV D OF THE ACT IMPLEMENTING FEDERAL REGULATIONS AND OTHER APPLICABLE FEDERAL REGULATIONS AND REQUIREMENTS
(D)   SPECIFY THE KINDS OF RECORDS THAT MUST BE MAINTAINED AND THE APPROPRIATE FEDERAL ,STATE, AND LOCAL REPORTING AND SAFEGUARDS
(E)   SPECIFY THE DATES AND ARRANGEMENTS BEGIN AND ENDS AND ANY CONDITIONS FOR CHANGES.
33. COPY OF COOPERATIVE AGREEMENT [ CONTRACT, LOAN, GRANT, AGREEMENT, SUBSIDY, AND /OR LIEN].
34. ALL INFORMATION PERTAINING TO THE LIEN ON SS CARD WHICH IS REQUIRED BY FEDERAL LAW TO ENFORCE CHILD SUPPORT.

35. THE IDENTITY OF THE SOLE PROPRIETOR/ OWNER OF THE SS CARD, NAME, AND NUMBER RESPONSIBLE FOR THE LIEN PLACED ON IT BY THE IV D AGENCY, 20 CFR 422.103(D).

36. COPY OF ALL PAYMENTS, FEDERAL, STATE, TAXES WAGE GARNISHMENTS, ECONOMIC STIMULUS OFFSETS FOR THE ENTIRETY OF CASE # 140596102.

37. COPY OF THE COMMITMENT TO COOPERATE IN PAYMENT OF PAYMENT OF CHILD SUPPORT FOR THE MINOR CHILD, WHICH MAY INCLUDE MODIFICATION WITH THE IV D AGENCY.

38. COPY OF ALL DOCUMENTS REQUIRED TO BE APPROVED BY A SUPERVISOR TO ENSURE ALL REQUIREMENTS WERE MET TO MEET FEDERAL, STATE, AND IV D AGENCY  REQUIREMENTS.

LIST OF THE NAMES AND TITLES OF ALL DCFS EMPLOYEES INVOLVED IN ANYWAY WITH CASE #140596102.

IF FOR ANY REASON THAT ANY OF THE CONTRACTS, AGREEMENTS INTERSTATE COMPACTS, ESTABLISHMENT OF PATERNITY APPLICATIONS FOR SERVICES, CANNOT BE PRODUCED AS PER IV D SERVICES ARE VOLUNTARY AND REQUIRE VOLUNTARY PARTICIPATION IN THE PROGRAM WILL BRING CAUSE FOR LEGAL RECOURSE  AGAINST THE IV D AGENCY AND INVOLVED EMPLOYEES. TERMINATION OF THIS CASE SHOULD BE CONSIDERED AND ALL MONIES TENERED, LIEN, PENALTIES, ADMINISTRATIVE FEES, INTEREST AND ANY OTHER COST INCURRED WERE INVOLUNTARY ON MY PART.

IF THERE ARE ANY FEES FOR SEARCHING OR COPYING THESE RECORDS, PLEASE INFORM ME IF THE COST WILL EXCEED $10.00. HOWEVER , I WOULD LIKE TO REQUEST A WAIVER OF ALL FEES IN THAT THE DISCLOSURE OF THE REQUESTED INFORMATION IS IN THE PUBLIC INTEREST AND WILL CONTRIBUTE SIGNIFICANTLY TO THE PUBLIC'S UNDERSTANDING OF DEPARTMENT OF CHILDREN AND FAMILY SERVICES, AND THE OFFICE OF CHILD SUPPORT ENFORCEMENT. THIS INFORMATION IS NOT BEING SOUGHT FOR



**Department of Children & Family Services**
*Building a Stronger Louisiana*

| Bureau of General Counsel | (O) 225.342.4780 | John Bel Edwards, Governor |
| Child Support Enforcement | (F) 225.342.7397 | Marketa Garner Walters, Secretary |
| 627 North 4th Street | www.dcfs.la.gov | |
| P.O. Box 94065 | | |
| Baton Rouge, LA 70804-4065 | | |

September 15, 2022

Mr. Stephen Prezicsi
6201 Industrial Loop
Apt. 840
Shreveport, LA 71129

> **Re: Records Request**
> **LASES #1405961-02**

Mr. Prezicsi:

The Department of Children and Family Services ("DCFS") has received your "Louisiana FOIA Request." Enclosed please find DCFS' response to your request. Please note the following:

- DCFS cannot respond to several of your requests because the items do not exist. (Items 5, 21, 31, 32 and 33).
- DCFS did not have records responsive to several of your requests because the items do not exist in law or fact. (Items 2, 3, 6, 9, 13, 22, 23, 24, 25, 26, 28, 30, 34 and 35).
- Some of the items you requested are not kept by DCFS in the normal course and scope of its business. (Items 1 and 14). Therefore, you will need to contact the appropriate entities for copies of those documents.
- Numerous items could not be provided because DCFS case records are confidential under state and federal law. *See generally* LA. REV. STAT. § 46:56. (Items 4, 10 (in part), 11 (in part), 12, 15, 17 and 38).

The remaining items are included in this response.



Respectfully yours,

Gary E. Franklin
Attorney 4

Enc.



 Gmail

Stephen Preziosi <stephenpreziosi0@gmail.com>

# FOIA REQUEST

**Stephen Preziosi** <stephenpreziosi0@gmail.com>
Draft To: Valerie Clark <Valerie.Clark.DCFS@la.gov>

Sun, Nov 20, 2022 at 11:13 PM

I want to thank you for your prompt response after you left me a message I received some mail from the DCFS.
However there are considerable concerns in have about what was sent to me. It was nothing more than manuals. I know
that La DCFS is a single and separate organizational unit from the state and a private collection agency for profit and
participation is voluntary program. I requested information about COOPERATIVE AGREEMENT contracts, agreements,
surety bonds lien, on the social security number assigned to me but the property of the SSA "owner". Replied : Doesn't
exist . The TREASURY OFFSET DEPARTMENT named La DCFS holding a lien. I also asked for the location of my
daughter and the response from Attorney Gary E Franklin responded that information is CONFIDENTIAL , Louisiana Law
R.S. 9:355-4  Notice of proposed relocation  REPLY : Don't keep that information ( no information as to who has that
information or any appeals process ). I asked for personal responsibility agreement Reply: Doesn't exist in law or fact

On Wed, Sep 28, 2022, 2:06 AM Stephen Preziosi <stephenpreziosi0@gmail.com> wrote:
Thank you for your assistance.

On Thu, Sep 15, 2022, 10:31 AM Valerie Clark <Valerie.Clark.DCFS@la.gov> wrote:
Good morning, Mr. Preziosi:

I apologize no one has been in touch regarding your request. I do not handle those but I have forwarded your email
to the person who does. Thank you.

Valerie Clark
Louisiana Department of Children and Family Services
Compliance Programs Director
Bureau of General Counsel - Civil Rights and Employment Law Section
225 342 1125
valerie.clark.dcfs@la.gov
Certified ADA Coordinator

-----Original Message-----
From: Stephen Preziosi <stephenpreziosi0@gmail.com>
Sent: Wednesday, September 14, 2022 11:00 PM
To: _DCFS-Bureau of Civil Rights <_DCFS-BureauofCivilRights@la.gov>
Subject: FOIA REQUEST

EXTERNAL EMAIL: Please do not click on links or attachments unless you know the content is safe.

I Sent in a FOIA request to the custodian of records AUGUST 24, 2022 for information about my case and have
verification of receipt and I have not received any type of response USPS or electronic response. As per
LOUISIANA LAW PUBLIC RECORDS ACT 44:1 er seq. I made a request to obtain a copy of my DCFS IV D
AGENCY file, Sec. 44:32 (d) of the LOUISIANA PUBLIC RECORDS ACT REQUIRES A RESPONSE WITHIN
THREE BUSINESS DAYS.
No contact was made to inform of more time needed NO RESPONSE FOIA REQUEST WAS IGNORED
COMPLETELY

From: **DCFS WebMaster** DCFS.WebMaster@la.gov
Subject: **Re: Question Pertaining to FOIA REQUEST sent on AUGUST 24,2022**
Date: **Oct 10, 2022 at 9:25:25 AM**
To: **stephen preziosi** stephen.preziosi@yahoo.com

Thank you for contacting the DCFS Webmaster, we do apologize, but we are unable to answer case specific questions. For assistance with your CAFE self-service portal or assistance with your case, please contact LAHELPU.DCFS@la.gov.

Thank you.

DCFS Webmaster

**From:** stephen preziosi <ste~~phen.preziosi@yahoo.com~~>
**Sent:** Monday, September 5, 2022 8:12:54 PM
**To:** DCFS WebMaster
**Subject:** Question Pertaining to FOIA REQUEST sent on AUGUST 24,2022

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

## ATTN. CHRISTIAN MERRITT

**I have requested more than one FOIA REQUEST and I sent you a copy of the last one and have neither an answer by mail and/or electronic communication. I would appreciate a phone call to let me know what might be holding this process from being completed. Thanks look forward to your call I have some important questions I need to ask you**

Stephen Preziosi
6201 Industrial Loop 840
Shreveport, LA 71129

**May 24, 2023**

To:

Terri Ricks
Secretary
Louisiana Department of Children and Family Services
627 N. 4th. St. Baton Rouge, La 70802
Baton Rouge, LA 70802
P. O. Box 94065
Terri.Ricks@la.gov

Gary E. Franklin
Atty: General Counsel
Louisiana Department of Children and Family Services
627 N. 4th. St.
Baton Rouge, La 70802
P. O. Box 94065
Gary.Franklin@la.gov

Valerie Clark
Louisiana Department of Children and Family Services
Compliance Programs Director
Bureau of General Counsel- Civil Rights
627 N.4th.
Baton Rouge , LA 70802
Valerie.clark.dcfs@la.gov

Christian Merritt
Case Worker
Louisiana Department of Children and Family Services
627 N. 4th. St..
Baton Rouge, LA 70802
Webmaster@la.gov

Tanguler Gray
Commissioner
Office of Child Support Enforcement
4th Floor Aerospace Building
370 L'Enfant S.W.
Washington DC 20447
Webmaster@la.gov

**Case #140596102**

## RE: DEMAND LETTER FOR DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, DUE PROCESS VIOLATION, BREACH OF CONTRACT, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, AND FRAUD

Dear Sir/Madam,

I am writing this letter to formally demand the immediate rectification of the severe violations of my rights as a parent and the breach of legal obligations by the Louisiana Department of Children and Family Services (DCFS) and its Child Support Division. Take notice that your department, through its actions and omissions, has deprived me of my rights under color of law, violated my due process rights, breached our contractual agreement, and engaged in fraudulent practices.

First and foremost, I must emphasize that your department's handling of my case has been marred by serious irregularities. My ex-wife, in an attempt to gain an advantage in our legal proceedings, falsely claimed domestic violence without disclosing her own criminal charges. To compound the matter, the Child Protective Services (CPS) collaborated with her and kept the whereabouts of my child confidential, impeding my ability to exercise my parental rights and fulfill my responsibilities.

In light of these concerns, I have submitted two Freedom of Information Act (FOIA) requests in an effort to obtain information and seek transparency. The first FOIA request was blatantly ignored, which is an affront to the principles of accountability and openness that should govern public agencies. After contacting the Civil Rights Division, I finally received a response to my second FOIA request, only to be informed that the information I sought "does not exist in fact or law" and that no records are kept, including those pertaining to service of process and capias warrants. Furthermore, I was informed that there have been no administrative hearings regarding my case.

These revelations are deeply troubling and raise serious questions about the legality and propriety of your department's actions. It is evident that there has been a flagrant violation of my due process rights, as I have been denied the opportunity to challenge the allegations against me or present evidence in my defense. This egregious denial of due process undermines the principles of justice and fairness that form the bedrock of our legal system.

Moreover, your department's failure to uphold its contractual obligations is apparent. As per our agreement, I am alleged to owe arrears, yet the lack of transparency and access to information has made it impossible for me to verify the accuracy of these claims. I have diligently researched my rights and obligations in this matter, and until recently, I was under the impression that I could address these concerns within the confines of the legal framework. Regrettably, my efforts thus far have been met with frustration and futility.

Therefore, I demand that the Louisiana Department of Children and Family Services take immediate corrective action to rectify the violations of my rights and the breaches of contract committed by your department. Specifically, I request:

1. **Full Compliance**: Provide all pertinent information and documentation related to **Case #140596102** associated with child support. I demand a copy of the entire case file, including all relevant records and correspondence.

2. Due Process: Conduct a fair and impartial administrative hearing that allows me to present evidence, challenge the allegations against me, and defend my rights as a parent. Ensure that I am given a meaningful opportunity to participate in the proceedings and have access to all relevant information.

3. **Accountability:** Conduct a thorough investigation into the actions of your employees involved in mishandling my case and provide appropriate disciplinary measures where warranted. Implement internal procedures to prevent similar violations from occurring in the future.

4. **Restitution:** In light of the deprivation of my parental rights, emotional distress, and financial burden caused by your department's actions, I demand fair and just

compensation for the damages suffered as a result of the breach of contract and fraud committed against me.

Please be advised that failure to comply with this demand **within 30 days** from the date of this letter will leave me no choice but to pursue legal recourse and initiate a lawsuit in court. I trust that the Louisiana Department of Children and Family Services values the principles of justice and upholds its duty to act in the best interests of children and families.

In order to explore a possible resolution and discuss this matter further, I request that you provide me with a written response **within 14 days** from the date of this letter. If necessary, I am open to the suggestion of engaging in mediation or alternative dispute resolution methods to resolve this dispute amicably.

I expect prompt attention to this matter and a timely response. Kindly acknowledge receipt of this letter and confirm your commitment to addressing these serious concerns. I will retain a copy of this letter for my records.

Thank you for your immediate attention to this urgent matter.

See Attached:

**Sincerely,**

Stephen Preziosi
stephen.preziosi@yahoo.com
318-918-0928

 Gmail

Stephen Preziosi <stephenpreziosi0@gmail.com>

## Re: Inquiry Number: INQ00045638

**Stephen Preziosi** <stephenpreziosi0@gmail.com>
Draft To: Office of Child Support Enforcement <ocse@servicenowservices.com>

Wed, Sep 6, 2023 at 7:49 AM

On Thu, Jun 1, 2023 at 12:23 PM Office of Child Support Enforcement <ocse@servicenowservices.com> wrote:

Dear Mr. Preziosi:

This is to acknowledge we received the letter you sent to Tanguler Gray, Commissioner for the federal Office of Child Support Enforcement about your child support case.

The local child support office maintains the case information. Our office does not have the authority to access this information. However, we are contacting the states involved to get the details about your case. It may take more time if your case involves more than one state. We will reply in writing as soon as we can.

If we need more information, we will get in touch with you.

We appreciate your patience.

Sincerely,

M. Wilson

M. Wilson
Child Support Specialist
Office of Child Support Enforcement

45638MW

I've received your reply to my email regarding several matters of concern about the handling of my case and you made reference to the agency who handled my case and have yet to receive any notice of receipt which is disturbing in itself considering the legal matters that need to be addressed. I certainly hope the LA DCFS will show an effort respond in the appropriate time before I have to move forward into a court preceding

Thanks again for your prompt response

*All Personally Identifiable Information (PII) has been removed from this inquiry. Please remove all PII when responding to this email.

Ref:MSG0340003

 Gmail

Stephen Preziosi <stephenpreziosi0@gmail.com>

## Inquiry Number: INQ00045638

**stephen preziosi** <stephen.preziosi@yahoo.com>
Draft To: Office of Child Support Enforcement <ocse@servicenowservices.com>
Bcc: stephen preziosi <stephen.preziosi@yahoo.com>

Wed, Jun 14, 2023 at 7:20 PM

Thank you for your response much appreciated, however the Louisiana Department of Children and Family Services received the same letter you did and did not respond as they did not respond to two FOIA REQUESTS until notifying the Civil Rights Division and there were legal issues to be addressed that were not addressed from your office as well which leaves me in a position to where further action must take place for failure to comply with state and Federal regulations by the LA DCFS in which your office oversees and I am aware of all the information you have provided further they had an atty. intervene in which he stated Federal regulations did not exist in law and fact in which my inquiry was taken from. Furthermore the information requested was fraudulently concealed from me and fraudulently misrepresented by the legal staff at that agency. The attitude and lack of concern from that agency is absolutely unjustified, illegal

Sent from my iPhone

On Jun 14, 2023, at 7:56 AM, Office of Child Support Enforcement <ocse@servicenowservices.com> wrote:

Dear Mr. Preziosi:

I am replying to your email to the federal Office of Child Support Services about your child support case.

I contacted Louisiana Child Support. The agency's records show the court ordered you to pay $200 per month in child support plus $10 for fees. The $210 monthly payment was effective on March 1, 2000. The court set the arrears at $2400 as of February 28, 2000.

There was a review hearing on September 12, 2001. The court found you guilty of contempt and sentenced you to 90 days in jail. You went back to court on December 12, 2001. You had ten days to file a Right to Appeal (Contradictory Hearing). There is no record showing you filed an appeal.

Records show that you disputed the arrears on your case several times. They told you, you had to show proof of direct payments before the agency could give you credit and adjust your account. On March 9, 2005, the courts ordered you to continue paying child support. On August 22, 2005, they set your arrears at $11,121.03. In April 2016, the agency suspended your driver's license because you did not keep your agreement to make payments.

The local child support agency maintains the case information. Our office does not have direct access or the authority to act on cases. Please work with Louisiana Child Support. They can answer your case-specific questions and give you updates on your case. You can contact their Customer Service at 888-524-3578.

I hope you find this information is helpful to you.

Sincerely,

*M. Wilson*

M. Wilson
Child Support Specialist
Office of Child Support Services

45638MW

Stephen Preziosi
6201 W. Bert Kouns Industrial Loop 840
Shreveport, La 71129
stephen.preziosi@yahoo.com

7/12/2023

**Subject: Urgent Matter Regarding Concealment of Information and Breach of Contract Color of Law, Due Process, and Fraud**

Dear; Sir/Madam

I hope this message finds you well. I am writing to address a pressing issue concerning case# 140596102 which involves pertinent facts and the concealment of crucial information by your agency. The gravity of the situation cannot be understated, as it raises concerns about potential fraud and illegal actions committed under the color of law.

Recently, I sent a copy of a Freedom of Information Act (FOIA) request and received a response from your legal representative, stating that the requested items do not exist. However, the items I have requested are federally required and their nonexistence implies a breach of contract between your agency and myself, a contract of which I have no knowledge.

Of utmost importance is the realization that the Social Security Act, under which your agency operates, has not been passed into law. This raises significant concerns about the legality of every action undertaken by your organization. Furthermore, it has come to my attention that the courts handling this matter lack proper oversight by a judge, further exacerbating the violation of due process.

In the provided copies of correspondence, you will observe that I have requested information regarding the whereabouts of certain documents, only to be met with responses claiming confidentiality and contractual obligations. The presence of warrants against me and subsequent court proceedings, leading to a potential jail sentence for non-payment of a civil debt converted into a criminal action, has left me feeling deprived of my rights. The absence of federally required personal responsibility contacts and voluntary acknowledgment of paternity, coupled with the suppression of my due process, highlights a larger issue at hand.

It is imperative that you understand the gravity of the citation and the potential consequences that await should proper restitution not be made. I firmly assert that if necessary, I will seek recourse through a federal jury, ensuring that justice is served. Additionally, it is disheartening to note that despite my daughter now being 25 years old, I have never had the opportunity to see her, and your agency bears responsibility for this.

Please treat this matter with the utmost urgency and sincerity it deserves. I eagerly await your prompt response and a resolution that upholds the principles of justice and fairness. Since the last correspondence the Office of Child Support Enforcement has responded within the time requested and your agency has failed to respond once again, I am requesting a response within 14 days of the date of this letter

**Sincerely,**
Stephen Preziosi

7/12/2023

SES-8                Issued 11/01/13                    PROD   LED7021
                              000023248                        Office   22 Caseload   613
                                                        State of Louisiana
SUPPORT ENFORCEMENT SERVICES                            Dept. of Children and Family Svcs
P. O. BOX 260032                                        Child Support Enforcement Section
BATON ROUGE LA 70826                                    Phone: 1-888-LAHELP-U

08/26/2023


         STEPHEN PAUL PREZIOSI              023248
         6201 INDUSTRIAL LOOP               
         APT 840
         SHREVEPORT LA 71129-5066



              Notice of Federal Income Tax Refund and/or Administrative Offset
                                  and Passport Denial
      NCP SSN:          *****5304
      Office/Caseload:      22/  613

      Re:  Case ID: 001405961-02
      Dear STEPHEN PAUL PREZIOSI:

This agency has determined that you owe past-due child and/or spousal
support.  Our records show that you currently owe a total of $  25969.37 in
past due support. If this amount is not paid in full within 30 days from the
date of notice, it will be referred to the United States Department of the
Treasury for collection by Federal Income Tax Refund Offset and/or
Administrative Offset.  Under Administrative Offset (31 U.S. C. Sec 3716;
LAC 67:III.2532), certain Federal payments which might otherwise be paid to
you will be intercepted, either in whole or in part, to pay past-due child
support and/or spousal support.  Under Federal Tax Refund Offset (42 U.S.C.
Sec 664; 26 U.S.C. Sec 6402, LA R.S. 46:236.1.1 through 236.1.10, and LAC
67:III.2533) any Federal Income Tax Refund to which you may be entitled will
be intercepted to satisfy your debt.

If you owe arrearages of child support in an amount exceeding $2,500, the
Secretary of State will refuse to issue a passport to you and may revoke,
restrict or limit a passport which was previously issued.  The amount of
your past-due support will also be reported to consumer reporting agencies.

If you have been notified previously that your debt was being referred to
the Financial Management Service for collection, this notice is to inform
you that if your debt is not paid within 30 days from the date of this
notice it will be subject to collection by Federal Tax and/or Administrative
Offset.  Your debt will remain subject to collection by Federal Tax Refund
and/or Administrative Offset until it is paid in full.  This means that
Federal Tax Refunds and certain other Federal payments due to you now or in
the future will be offset without further prior notice.

                              (over)

You have a right to contest our determination that this amount of past due support is due, and you may request an administrative review.  To request an administrative review you must contact us no later than 09/25/2023 at the address or telephone number listed above.  If your support order was not issued in our state, we can conduct the review or, if you prefer, the review can be conducted in the state which issued the support order.  If you request, we will contact that state within 10 days after we receive your request.  You will be notified of the time and place of your administrative review by the state which issued the order.  All requests for administrative reviews must be made by contacting this office.

If you are married, filing a joint income tax return, and you incurred this debt separately from your spouse who has no legal responsibility for the debt and who has income and withholding and/or estimated tax payments, he or she may be entitled to receive his or her portion of any joint Federal Tax Refund.  If your spouse meets these criteria he or she may receive his or her portion of the joint refund by filing a Form 8379 - Injured Spouse Allocation.  Form 8379 should be attached to the top of Form 1040 or 1040A when you file, or be filed according to other instructions as indicated on the Form 8379.

Louisiana is a community property state; therefore, a child support obligation is a community debt and the entire tax refund is subject to offset.  An exception to this exists if you and your spouse have a separate property agreement.  If you and your spouse have such an agreement, your spouse may be entitled to seek injured spouse relief.

Important: If you owe current support and you fail to pay your obligation in full and on time, any arrears accruing due to payments missed after the date of this notice may be added to your debt and will be subject to collection by Federal Tax Refund and/or Administrative Offset without further notice.  To determine additional amounts owed after the date of this notice, or the total amount past-due which the agency has submitted for collection, you may contact us at the address above, or telephone us at 1-888-LAHELP-U.

SES-5          Issued 04/12/11                    PROD  LED7010     22   613
Rec. Ret.=4CY              000108130
SUPPORT ENFORCEMENT SERVICES                State of Louisiana
P. O. BOX 260032                            Dept. of Children and Family Svcs
BATON ROUGE LA 70826                        Child Support Enforcement Section
                                            Phone: 1-888-LA-HELPU



10/30/2023

108130



—        STEPHEN PAUL PREZIOSI
         6201 INDUSTRIAL LOOP
         APT 840
         SHREVEPORT LA 71129-5066


RE: LASES ID#: 001405961-02
    NCP SSN: ✱✱✱✱✱5304
    Office/Caseload:   22/  613
    State Tax Refund Notice

Dear STEPHEN PAUL PREZIOSI:

Please read this official letter immediately because it explains important
information about your child support obligation. Our records indicate that
you currently owe a total of $ 25969.37 in past due support in the above
referenced case. If you owe child support in more than one case, you will
receive additional letters which describe the debts owed in those cases.

As authorized by R.S. 47:299.1 et seq, the amount of past due support as of
this date will be submitted to the Louisiana Department of Revenue and
Taxation for collection against any income tax refund due.

If you pay off the past due support plus any amount due through 11/29/2023,
we will not submit your debt for state tax offset. To determine additional
amounts owed after the date of this notice, or the total amount past due
which the agency has submitted for collection, you may contact us at the
address or phone number listed above. An early review will give us time to
make changes before the debt is submitted.

Louisiana is a community property state. Thus, for Louisiana residents, a
child support obligation is a community debt. If you owe child support and
file a joint Louisiana tax return, any refund will be intercepted for your
child support debt. The only way your spouse's portion of the joint return
may not be subject to offset is if a separate property agreement has been
executed. If you have filed a separate property agreement, please contact
this office.

You may contest the referral for offset by requesting an administrative
review. To schedule an administrative review, call 1-888-LA-HELPU or write to
this office within 30 days of the date of this notice. You will be notified of
the time and place of your administrative review.




UCI 16 2023 (not.)

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
BY_____

sedgwick.

Sedgwick Claims Management Services, Inc.
PO Box 14775
Lexington, KY 40512
DIRECT 225.368.3472
OFFICE FAX 859.225.2000
Email: Melissa.Fletcher@sedgwick.com

October 5, 2023

Stephen Paul Preziosi
Pre Se Plaintiff
Via email: stephenpreziosiO@gmail.com

RE:   **Informal 30-Day Extension**
Docket:                Stephen Paul Preziosi v. DCFS, et al.
Court:                 USDC Western District of Louisiana 5:23-cv-01097
Sedgwick Claim No.:    C399205184-0001-01

Dear Mr. Preziosi,

Please note that SEDGWICK is the third-party administrator for the State of Louisiana - Office of Risk Management. We are in receipt of the above referenced Petition for Damages. Although we are not waiving any procedural or legal defenses in this matter, it is respectfully requested that an informal thirty (30) day extension of time be granted to the State for review of the file, assignment of counsel and preparation of appropriate pleadings.

If you are in agreement, please sign below confirming an additional thirty (30) day extension to November 10, 2023 and return the same to me at Dawn.Trahan@sedgwick.com. Once this claim is assigned to defense counsel, either I or our counsel will contact you and all future contact should be through counsel.

Thanks in advance for your courtesies,

*Dawn Trahan*

**Dawn Trahan, NREMT, Adjuster**
General Liability Claims Examiner
Sedgwick Claims Management Services, Inc.
DIRECT 225-368-3505
Dawn.Trahan@Sedgwick.com

| If you agree to the informal extension, please sign and date below. |
| --- |
| *Stephen Preziosi*  Signature |
| 10/18/2023  DATE |

Stephen P. Preziosi
6201 Industrial Loop 840
Shreveport, LA 71129
stephenpreziosi0@gmail.com
318-918-0928
November 6, 2023

Dawn Trahan, NREMT, adjuster
Sedgwick Claims Management Services, Inc
P.O. Box 14775
Lexington, KY 40512


Re: Settlement Negotiations and Service of Process

Dear, Dawn Trahan

I hope this email finds you well. I am writing to discuss the ongoing legal matter
between myself, STEPHEN P. PREZIOSI, and LA. DEPT. OF CHILDREN & FAMILY
SERVICES. As you are aware, we have been involved in a legal dispute, and I
wanted to explore the possibility of reaching an amicable resolution through
settlement negotiations.

Recently, I received notice from the court that our informal agreement regarding a
30-day extension for LA. DEPT. OF CHILDREN & FAMILY SERVICES to respond to the
lawsuit has not been recognized as valid by the court. In light of this
development, I believe it is essential to consider alternative ways to resolve this
matter efficiently.

I propose that we engage in settlement negotiations with the aim of reaching a
mutually acceptable resolution. Settling this case would not only save both
parties time and resources but also provide an opportunity for a more
expeditious and less contentious conclusion to our legal dispute.

It is crucial to inform you that the court has set a deadline of November 8, 2023 for service to be properly executed. This deadline is fast approaching, and I believe that engaging in settlement discussions before this date would be in the best interests of all parties involved.

If you are open to the idea of exploring settlement options, I kindly request that you respond to this email or contact me at  318-918-0928 to initiate discussions. Should we agree on settlement terms, we can jointly inform the court of our decision to settle and request any necessary actions related to the legal case.

I believe that the pursuit of a settlement is a constructive step in finding common ground and resolving our differences outside of a protracted legal process. I look forward to your response and hope that we can work together to achieve a resolution that is in the best interests of all parties involved.

Please be aware that I am proceeding with efforts to ensure proper service in accordance with the court's requirements, and I am committed to adhering to all legal deadlines. However, I believe that the opportunity for settlement negotiations is worth exploring.

Thank you for your attention to this matter, and I look forward to hearing from you regarding the possibility of settlement before the court's deadline.

Sincerely,

Stephen Preziosi

 Gmail

## Stephen Preziosi
8 messages

**Grozinger, Elizabeth** <GrozingerE@ag.louisiana.gov>  Tue, Nov 7 at 3:47 PM
To: stephenpreziosi0@gmail.com <stephenpreziosi0@gmail.com>
Cc: Cooper, Sally <CooperSa@ag.louisiana.gov>, McWilliams, Aleigha <McWilliamsA@ag.louisiana.gov>, Trahan, Dawn <Dawn.Trahan@sedgwick.com>, Gilmer, David <GilmerD@ag.louisiana.gov>

Mr. Preziosi:

Please be advised the defense of this matter has been assigned to me. Please direct all further correspondence etc. to this email address.

I believe the letter you signed gives us an extension of time to file responsive pleadings until November 9th. However, since this case was just recently assigned to me, please be advised we are filing a Motion for an extension of time to file responsive pleadings. If you have any opposition to same, please let us know at your earliest convenience.

Liza Beth Grozinger

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.

**Stephen Preziosi** <stephenpreziosi0@gmail.com>  Wed, Nov 8 at 12:27 AM
To: Grozinger, Elizabeth <GrozingerE@ag.louisiana.gov>
Cc: Cooper, Sally <CooperSa@ag.louisiana.gov>, Gilmer, David <GilmerD@ag.louisiana.gov>, McWilliams, Aleigha <McWilliamsA@ag.louisiana.gov>, Trahan, Dawn <Dawn.Trahan@sedgwick.com>

Yes, I approve.
[Quoted text hidden]

**Stephen Preziosi** <stephenpreziosi0@gmail.com>  Wed, Nov 8 at 10:17 AM
To: Grozinger, Elizabeth <GrozingerE@ag.louisiana.gov>

Hello Mrs .Grozinger,
I believe I have run into a little discrepancy as to how service was to be made so I apologize for the multiple mailings of the same thing. Yes man I had notified the court of our mutual agreement to the extension and the court replied to me as to the last certified mail the court did not approve it and neither did it recognize the notice for an extension I had filed for the court records, so therefore I had to send a process server to hand deliver the information. I think that should catch us up in the extension and proper service, furthermore now to another issue at hand, I think I should address to you that I have received mail of intent to take taxes while in the middle of this action. To be fair and honest that isn't warranted and I respectfully request that you have your clients cease and desist these actions , it's received as harassment . Thank you
If you wish at any point you may also contact me by phone if you wish 318-918-0928 I look forward to working with you to reach an amicable agreement .
[Quoted text hidden]

**Grozinger, Elizabeth** <GrozingerE@ag.louisiana.gov>
To: Stephen Preziosi <stephenpreziosi0@gmail.com>
Cc: Trahan, Dawn <Dawn.Trahan@sedgwick.com>, Gilmer, David <GilmerD@ag.louisiana.gov>, Cooper, Sally <CooperSa@ag.louisiana.gov>, McWilliams, Aleigha <McWilliamsA@ag.louisiana.gov>

Mr. Preziosi

We are unable to access any of the documentation you are sending via Goolge. Please send as a separate attachment, pdf if you can.

Thank you

**From:** Stephen Preziosi [mailto:stephenpreziosi0@gmail.com]
**Sent:** Wednesday, November 8, 2023 10:18 AM
**To:** Grozinger, Elizabeth <GrozingerE@ag.louisiana.gov>
**Subject:** Re: Stephen Preziosi

***CAUTION:** **This email originated outside of Louisiana Department of Justice.** **Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Stephen Preziosi has sent you an email via **Gmail confidential mode:**

M Re: Stephen Preziosi

This message was sent on Nov 8, 2023 at 8:18:00 AM PST

You can open it by clicking the link below. This link will only work for GrozingerE@ag.louisiana.gov.



Gmail confidential mode gives you more control over the messages you send. The sender may have chosen to set an expiration time, disable printing or forwarding, or track access to this message. Learn more

Gmail: Email by Google

Use is subject to the Google Privacy Policy

Google

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this message because someone sent you an email via Gmail confidential mode.

**[Quoted text hidden]**

**Stephen Preziosi** <stephenpreziosi0@gmail.com>
To: Grozinger, Elizabeth <GrozingerE@ag.louisiana.gov>

Wed, Nov 8 at 2:42 PM

Mrs. Grozinger , Yes I will work on that ASAP or if you have a fax number I can do it that way as well if that is suitable. Kindly let me know what documents you're requesting from me and I will get them to you. Thank  You



[Quoted text hidden]

---

**Grozinger, Elizabeth** <GrozingerE@ag.louisiana.gov>
To: Stephen Preziosi <stephenpreziosi0@gmail.com>

Wed, Nov 8 at 3:23 PM

Thanks. I think you were sending stuff via  Google link which I am unable to access.  So, whatever was sent today via the google link, please go ahead and send again either via email or via fax 318-676-5703

[Quoted text hidden]

---

**Stephen Preziosi** <stephenpreziosi0@gmail.com>
To: Grozinger, Elizabeth <GrozingerE@ag.louisiana.gov>

Wed, Nov 8 at 4:17 PM



Ok, I will do that.
[Quoted text hidden]

---

**Stephen Preziosi** <stephenpreziosi0@gmail.com>
Draft To: Grozinger, Elizabeth <GrozingerE@ag.louisiana.gov>

Fri, Nov 17 at 3:22 PM

[Quoted text hidden]
**67B22D0A6FFA44C49B851BC459589D80.jpg, FF46372BA1CB469095AA58403D341B5B.jpg, IMG_5638.jpeg, IMG_5642.jpg**



## (no subject)
3 messages

**Stephen Preziosi** <stephenpreziosi0@gmail.com>
To: Grozinger, Elizabeth <GrozingerE@ag.louisiana.gov>

Wed, Dec 13 at 3:35 PM

Ms. Grozinger , I hope that you received my message to you and hoped to hear from you as to what course of action in which to proceed as you know this matter has been going on for an extended period of time with very little communication. It's come to my attention that one of the defendants has quit their job as part the returned, return receipt request mail I got unopened and signed for on behalf of a party, one month later, furthermore a party accepted service for this defendant as well and this has not been communicated to me at all and it is not well received. I'm still open to a settlement, however I am requesting a prompt response as to the issue at hand, if a settlement is what your clients wish to do I need a prompt answer as to inform the courts that is what is taking place. As I mentioned in my last notice I have documents that are pertinent for you to review and I have requested some myself, and if no response I will move forward with my case. Thank You
[Quoted text hidden]

**Grozinger, Elizabeth** <GrozingerE@ag.louisiana.gov>
To: Stephen Preziosi <stephenpreziosi0@gmail.com>
Cc: Gilmer, David <GilmerD@ag.louisiana.gov>, McWilliams, Aleigha <McWilliamsA@ag.louisiana.gov>, Cooper, Sally <CooperSa@ag.louisiana.gov>

Wed, Dec 13 at 3:47 PM

Mr. Preziosi:

We are not in position to discuss settlement at this time. It far too early in litigation and discovery has not taken place.

Furthermore, my client is under no obligation, nor is any party, to keep you informed of the status of your service request. I recommend you speak to an attorney regarding your issues.

**From:** Stephen Preziosi [mailto:stephenpreziosi0@gmail.com]
**Sent:** Wednesday, December 13, 2023 3:36 PM
**To:** Grozinger, Elizabeth <GrozingerE@ag.louisiana.gov>
**Subject:**

***CAUTION:*** *This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.*

Ms. Grozinger , I hope that you received my message to you and hoped to hear from you as to what course of action in which to proceed as you know this matter has been going on for an extended period of time with very little communication. It's come to my attention that one of the defendants has quit their job as part the returned, return receipt request mail I got unopened and signed for on behalf of a party, one month later, furthermore a party accepted service for this defendant as well and this has not been communicated to me at all and it is not well received. I'm still open to a settlement, however I am requesting a prompt response as to the issue at hand, if a settlement is what your clients wish to do I need a prompt answer as to inform the courts that is what is taking

place. As I mentioned in my last notice I have documents that are pertinent for you to review and I have requested some myself, and if no response I will move forward with my case. Thank You

Stephen Preziosi

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.

**Stephen Preziosi** <stephenpreziosi0@gmail.com>                    Wed, Dec 13 at 4:37 PM
To: Grozinger, Elizabeth <GrozingerE@ag.louisiana.gov>
Cc: Cooper, Sally <CooperSa@ag.louisiana.gov>, Gilmer, David <GilmerD@ag.louisiana.gov>, McWilliams, Aleigha <McWilliamsA@ag.louisiana.gov>

Thank you for your response.
[Quoted text hidden]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

STEPHEN PAUL PREZIOSI )
      Plaintiff )
        v. ) Civil Action No. 5:23−CV−01097−SMH−MLH
                   ) Judge S Maurice Hicks, Jr
LA DEPT CHILDREN & FAMILY SERVICES )
      , et al. )
      Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**Bridget Depland Grant**


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Stephen Paul Preziosi**
**6201 Industrial Loop 840**
**Shreveport, LA 71129**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**CLERK OF COURT**

Date: __10/23/2023__

    /s/ − Tony R. Moore



**ER: COMPLETE THIS SECTION**

■ mplete items 1, 2, and 3.
■ t your name and address on the reverse
  that we can return the card to you.
■ ach this card to the back of the mailpiece,
  on the front if space permits.

cle Addressed to:

dget Depland – Grant
1 N. 4th St.
on Rouge, LA 70802

DEPT. OF Children Family

9590 9402 8405 3156 6561 02

cle Number (Transfer from service label)

2 3330 0001 7323 9931



**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Andrea Crain_        ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
ANDREA CRAIN              OCT 3 0 2023

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

Services

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Baton Rouge, LA 70802

OFFICIAL USE

Certified Mail Fee  $4.35
                              $3.55        0599
                                            29
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $_____
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00   Postmark
☐ Adult Signature Required       $ $0.00        Here
☐ Adult Signature Restricted Delivery $ $0.00
Postage   $2.31
Total Postage and Fees
$10.21
Sent To  BRIDGET DEPLAND AND GRANT
Street and Apt. No., or PO Box No.  627 N. 4th St.
City, State, ZIP+4®  BATON ROUGE, LA 70802
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Baton Rouge, LA 70802

Certified Mail Fee  $4.35
$                         $3.55
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.
☐ Certified Mail Restricted Delivery  $ $0.
☐ Adult Signature Required       $ $0.
☐ Adult Signature Restricted Delivery $
Postage   $0.66              Postmark
                             Here
Total Postage and Fees       10/25/2023
$ $8.56
Sent To  Bridget Depland – Grant
Street and Apt. No., or PO Box No.  627 N. 4th St.
City, State, ZIP+4®  Baton Rouge, La 70802
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

BRIDGET DEPLAND – GRANT
627 N. 4th St.
BATON ROUGE, LA 70802

9590 9402 8405 3156 6561 33

2. Article Number (Transfer from service label)

7022 3330 0001 7323 9962

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Andrea Crain_        ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
ANDREA CRAIN              OCT 24 2023

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☒ Signature Confirmation Restricted Delivery

Domestic Return Receipt

S. Preziosi
6201 Industrial Loop 840
Shreveport, La 71129

CERTIFIED MAIL

7022 3330 0001 7323 9931

SHI

Retail

RDC 99

70802

**U.S. POSTAGE PAID**
FCM LETTER
SHREVEPORT, LA 71129
OCT 25, 2023

**$8.56**

R2305K135882-29

Bridget Depland - Grant
627 N. 4th St.
Baton Rouge, La 70802
LA. DEPT. ~ FAMIL AP~
+ FAMIL


No long~

NIXIE       711   CC 1      0111/25/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UTF    BC: 71129        *1455-02133-25-23
70802                  ||I|l|I||I|l||II||II||l||II|I|I|Il||l|I|I||