UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

STEPHEN PAUL PREZIOSI                   CIVIL ACTION NO. 23-cv-1097

VERSUS                                  JUDGE S. MAURICE HICKS, JR.

LA DEPT CHILDREN & FAMILY SERVICES      MAGISTRATE JUDGE HORNSBY
ET AL

**MEMORANDUM ORDER**

Plaintiff filed a Motion for Jury Trial (Doc. 7). The motion is granted. It will be noted on the docket that Plaintiff has requested a jury trial.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 9th day of January, 2024.

Mark L. Hornsby
U.S. Magistrate Judge