OTC

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MAR 1 3 2024 (m.)
DANIEL J. McCOY, CLERK
BY: aw

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **STEPHEN P. PREZIOSI,** | ) | **Case No.5:23-cv-01097** |
| | ) | |
| **Pro Se Plaintiff,** | ) | **JUDGE JERRY EDWARDS. JR,** |
| | ) | |
| **Versus** | ) | |
| | ) | **MAGISTRATE JUDGE HORNSBY** |
| **LA DEPT OF CHILDREN & FAMILY SERVICES ET AL**<br>**GARY E. FRANKLIN**<br>**DEPLAND-BRIDGET GRANT**<br>**CHRISTIAN MERRITT**<br>**TERRI RICKS** | | |
| **Defendants** | | |

**PLAINTIFF'S EX PARTE REQUEST AND MEMORANDUM FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO SERVE AMENDED COMPLAINT UPON DEFENDANT BRIDGET DEPLAND GRANT, PURSUANT TO *FED. R. CIV. P. 4 AND 28 U.S.C. § 566(c)***

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**COMES NOW** plaintiff **Stephen P. Preziosi ("Plaintiff"),** hereby submits this *Ex Parte Request for an Order Directing the United States Marshal to Serve the Amended Complaint upon defendant Bridget Depland Grant ("Grant")*, due to her unavailability, and in support thereof, states as follows:

**1.** On August 10, 2023, the Plaintiff filed suit (hereinafter referred to as "the initial suit") against the *Louisiana Department of Children and Family Services ("DCFS"), Terri Ricks, Gary E. Franklin, and Christian Merritt (collectively referred to as "Defendants")* in the above-captioned court.

**2.** On October 20, 2023, Plaintiff lodged an Amended Complaint wherein *Bridget Depland Grant* was added as an additional Defendant.

**3.** Following the filing of the Amended Complaint, but prior to the attempt at service upon her, Defendant Grant terminated her employment with DCFS, unbeknownst to Plaintiff at the time.

**4.** Subsequent efforts by Plaintiff to serve on October 25, 2023 the Amended Complaint upon Defendant Grant at her prior place of employment resulted in the DCFS employee *Andrea Crain* signing for and accepting certified return receipt legal mail and retained those documents for one month before returning them unopened, "marked no longer employed" "unable to forward", giving the indication that Defendant Grant still maintained her role with the agency.

**5.** On November 7, 2023, DCFS employee accepted service on behalf of Defendant Grant, despite her terminated status.

**6.** Defendant Grant, in this action, is being sued in both her official and individual capacities.

**7.** The Defendants, including Defendant Grant, are currently represented by

**8.** Plaintiff currently lacks any personal or alternative address to which service can be directed to Defendant Grant—an essential requirement for the imposition of personal jurisdiction over her in this action.

**NOW, THEREFORE,** Plaintiff respectfully requests that this Honorable Court issue an order pursuant to the provisions of *Federal Rule of Civil Procedure 4 and 28 U.S.C. § 566(c),* directing the United States Marshall to serve the Amended Complaint upon Defendant Grant via Defendant Grant's Counsel Grozinger, for the following reasons:

**A.** *Federal Rule of Civil Procedure 4(e)(1)* authorizes service upon individuals pursuant to the state law for serving a summons in the state where the district court is located or where service is made. *Louisiana Code of Civil Procedure Article 2004(A)(2)* provides that if a defendant employed counsel before the institution of the suit, service of citation may be made through that counsel.

**B.** Given that Defendant Grant has terminated her employment and her location is presently undetermined, while her representation by Counsel Grozinger is established, it would be just and in accordance with established legal procedures to allow for service

through Counsel Grozinger in order to facilitate prompt and effective service and to ensure that the litigation is not unnecessarily delayed.

**PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff respectfully requests:

1. That the Court expedite consideration of this *Ex Parte Request.*

2. That upon consideration, the Court grant this Request and issue an order directing the *United States Marshal to serve the Amended Complaint in this suit upon Defendant Grant through her attorney, Elizabeth Grozinger AAG.*

3. For such other and further relief as the Court deems just and proper.

Respectfully submitted this 13th day of March, 2024

STEPHEN P. PREZIOSI
6201 INDUSTRIAL LOOP 840
SHREVEPORT, LA 71129
stephenpreziosi0@gmail.com
318-918-0928
*/s/ Stephen P. Preziosi*
STEPHEN P. PREZIOSI

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 13th day of March, 2024, I filed the foregoing with the Clerk of the Court. I also certify that I have mailed United States Postal Service Certified Return Receipt and email as the Plaintiff is a non-CM/ECF participant:

**Elizabeth Grozinger**
Asst. Atty.Gen.
Louisiana Dept.of Justice
Litigation Division
330 Marshall St. Ste. 777
Shreveport, La 71101
grozingere@ag.louisiana.gov

A copy of this filing will be forwarded to the **Honorable JERRY EDWARDS JR, United States District Judge**

*/s/ Stephen Preziosi*

STEPHEN P. PREZIOSI

Pro Se Plaintiff