STEPHEN P. PREZIOSI
Pro se
6201 INDUSTRIAL LOOP 840
SHREVEPORT LA,71129
318-918-0928
stephenpreziosi0@gmail.com

The Clerk of the Court
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION
300 FANNIN ST.
SHREVEPORT, LA71101

Re: Case no. 5:23-CV-01097

| | |
|---|---|
| STEPHEN P. PREZIOSI | CASE NO. 5:23-CV-01097 |
| Pro Se Plaintiff | JUDGE JERRY EDWARDS. JR, |
| Vs. | MAGISTRATE JUDGE HORNSBY |
| LA. DEPT. OF CHILDREN & FAMILY SERVICES et. al.<br>TERRI P. RICKS Secretary<br>GARY E. FRANKLIN Atty.<br>CHRISTIAN MERRITT Case worker<br>BRIDGET DEPLAND - GRANT<br>Custodian of records<br>Defendants | |

### AMENDED COMPLAINT

DEMAND FOR JURY TRIAL, ADDITION OF DEFENDANT, CHANGE OF CAPACITY FOR ALL DEFENDANTS TO THEIR OFFICIAL AND INDIVIDUAL CAPACITIES, REQUEST FOR PUNITIVE and COMPENSATORY DAMAGES

I.  INTRODUCTION

1. Plaintiff, STEPHEN P. PREZIOSI, files this amended complaint prior to service to seek a jury trial, add a new defendant, BRIDGET DEPLAND-GRANT and change the capacity of all the defendants to their official and individual capacities. Plaintiff further request punitive and compensatory damages.

## II. PARTIES

### A. Plaintiff

2. STEPHEN P. PREZIOSI, the Complainant resides at 6201 INDUSTRIAL LOOP 840 SHREVEPORT, LA 71129
318-918-0928 email: stephenpreziosi0@gmail.com

### B. Defendant(s)

3. LOUISIANA DEPARTMENT OF CHILDREN & FAMILY SERVICES, is a single and separate non government agency operating within the jurisdiction of LOUISIANA located at 627 N. 4TH. ST. BATON ROUGE, LA 70802

4. TERRI P. RICKS, SECRETARY  627 N. 4TH. ST. BATON ROUGE, LA 70802
( In their Official and Individual Capacities)

5. GARY E. FRANKLIN, ATTY.  627 N. 4TH. ST.  BATON ROUGE, LA 70802
( In their Official and Individual Capacities)

6 CHRISTIAN MERRITT, CASE WORKER  627N. 4TH. ST. BATON ROUGE,LA 70802 ( In their Official and Individual Capacities)

7. BRIDGET DEPLAND-GRANT, CUSTODIAN OF RECORDS 627 N. 4TH. ST. BATON ROUGE, LA 70802 ( In their Official and Individual Capacities)

## III. JURY TRIAL DEMAND

8. Plaintiff, STEPHEN P. PREZIOSI, pursuant to Rule 38 of the Federal Rules of Civil Procedure, demands a trial by jury on all issues triable by a jury in this action.

## IV. PRAYER FOR RELIEF

9. WHEREFORE, the complainant, STEPHEN P. PREZIOSI,respectfully request that this honorable court grant the following relief as an amendment in addition to relief respectfully requested in original complaint:
a) request to include BRIDGET DEPLAND-GRANT as a new defendant
b) request to change the capacity of all defendant(s) to their perspective official and individual capacities
c) request that punitive and compensatory damages for injuries, harm, and damages in addition to the relief as requested in the original complaint and that the specific amount of these damages shall be determined at trial.

## V. CONCLUSION

10. Plaintiff respectfully request that this amended complaint prior to service to add a new defendant, request for change capacity of all defendant's, request for jury trial, and request punitive and compensatory damages be accepted by this Honorable Court.

Respectfully submitted,

/s/Stephen P Preziosi
STEPHEN P. PREZIOSI
DATE 03/13/2024

## PLAINTIFFS VERIFICATION

WHEREAS, I STEPHEN P. PREZIOSI Verified on oath on this MARCH 13, 2024 that all the contents paragraphs are correct to the best of my knowledge and that the remaining legal contents are true to the best of my information and belief.

RESPECTFULLY SUBMITTED
STEPHEN P. PREZIOSI
Pro se
6201 INDUSTRIAL LOOP 840
SHREVEPORT, LA 71129
Phone: 318-918-0928
Email: stephenpreziosi0@gmail.com

DATE:
MARCH 13, 2024

8

Stephen P. Preziosi
6201 Industrial Loop 840
Shreveport, LA 71129
Email: stephenpreziosi0@gmail.com
Phone: 318-918-0928

March 13, 2024

Elizabeth Grozinger,
Asst Atty Gen
Department of Justice
Litigation Division
330 Marshall St., Ste 777
Shreveport, LA 71101
Phone: 318-676-5700
Fax: 318-676-5703
Email: grozingere@ag.Louisiana.gov

Re: Request for Production of Documents
Case No. 5:23-cv-01097

Dear Ms. Grozinger,

I am writing to request the production of documents, information, or objects relevant to Case No. 5:23-cc-01097. Specifically, I am seeking the following information, but not limited to:

1. The FOIA requested information that the reply does not exist, does not exist in law or fact, doesn't keep in normal scope of business, and is confidential made on August 24th, 2022. Copy provided

2. Pursuant to 45 CFR 303.5. 2 (i),(A),(B),(C),(D),(ii),(iii),(iv),(4), please provide the state required documents about paternity establishment, including forms necessary to voluntarily acknowledge paternity, audio or video recording, notice of alternatives to legal consequences, and the rights and responsibilities involved. Additionally, information on due process safeguards that were taken please provide all relevant "Documents" including both parents signatures, and audio and/or video with verification of identity by a notary as required

3. Pursuant to 42 U.S.C. 603 5(C) (III),(aa),(bb),(cc),(dd) *Personal Responsibility Contract.* And copies of the commitments to cooperate and participate in the IV D program signed with both parents signatures "Documents"

4. Pursuant to 45 CFR 302.34 the state plan shall provide in cooperative agreements please provide these "Documents with any applicable signatures"

5. 45 CFR 303.101 expedited processes, (c) safeguards, (2) due process
All documents with any applicable signatures

6. 45 CFR 303.4 C safeguards, D. functions performed by presiding officers.and step by step procedures taken "Any Documents with applicable signatures"

7. Details about 45 CFR 302.34 cooperative agreements with other agencies "Any Documents with applicable signatures"

8. 45 CFR 303.107, information requested on the FOIA request requirements for cooperative agreements (a) thru (f) "Any Documents with applicable signatures"

9. A copy of the court ordered joint custody, support, and visitation order, required to open case 140596102 with the LA DCFS . "Any Documents with applicable signatures"

10. A copy of the case file in its entirety and any other related documents to case #140596102, and SSN ending in 5304. "Any Documents with applicable signatures"

11. A copy of all letters/notices sent by USPS or any other means of delivery also, any and all actions taken by the LA DCFS from the beginning to present day involving case #140596102  "Any Documents with applicable signatures"

12. All information pertaining to the confidential nature and permanent termination of guaranteed constitutional parental / fundamental rights that superseded the original court ordered joint custody order used to open case #140596102. "Any Documents with applicable signatures"

13. Copy of service of process and court documents signed by a judge for the date, time, place, of the pre deprivation hearing and all parties present in court for the color of law deprivation of rights hearing of constitutionally protected parental/substantive rights providing all due process and equal protection under the law and a copy of the court minutes. "Any Documents with applicable signatures"

14. Due process safeguards that were given  list of allegations, all evidence provided to the courts, police reports, investigations, photographs, hospital records, persons who conducted the investigation and copy of the findings, affidavits provided, and a copy of the transcripts of the ingestion in which myself and ex wife were questioned and the reply given. "Any Documents with applicable signatures"

Copy of training requirements of pertinent rules,regulations,policies, procedures "Any documents with all applicable signatures". Please provide these items within 30  from the date of this request. Your cooperation in this matter is appreciated
Thank you for your attention to this matter.

Sincerely,

/s/ Stephen P. Preziosi
Stephen P. Preziosi