UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| STEPHEN PAUL PREZIOSI | : | CIVIL CASE NO. 5:23-CV-01097 |
| VERSUS | : | JUDGE JERRY EDWARDS. JR, |
| LA DEPT OF CHILDREN & FAMILY SERVICES ET AL | : | MAGISTRATE JUDGE HORNSBY |

## ORDER

The **United States Marshal Service** is authorized and directed to serve Bridget Depland-Grant, Defendant in the above-entitled action, with all necessary process documents, including the Summons and Complaint, forthwith, and any additional court documents as required, in order to effect proper service under federal and local laws and procedures.

**IT IS FURTHER ORDERED** that Elizabeth Grozinger, Esq., counselor is hereby appointed to assist and collaborate with the United States Marshal Service in effecting service upon Defendant Bridget Depland- Grant.

THUS DONE AND SIGNED, in Shreveport, Louisiana, this ___ day of _____, 2024

_____
HONORABLE JERRY EDWARDS, JR
UNITED STATES DISTRICT JUDGE

5