UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| STEPHEN PAUL PREZIOSI | : | CIVIL CASE NO. 5:23-CV-01097 |
| VERSUS | : | JUDGE JERRY EDWARDS. JR, |
| LA DEPT OF CHILDREN & FAMILY SERVICES ET AL | : | MAGISTRATE JUDGE HORNSBY |

## ORDER



Denied. Service was made, and a motion to dismiss has been filed.
March 14, 2024

*/s/ MJH*

---

HONORABLE JERRY EDWARDS, JR
UNITED STATES DISTRICT JUDGE